# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

NATIONAL FIRE AND MARINE INSURANCE
COMPANY                                                                                          **PLAINTIFF**

VS.                                                       CIVIL ACTION NO. 3:05cv453HTW-LRA

VIP LIMOUSINES, LLC, ET AL.                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

Inasmuch as the parties in the above styled and numbered case have announced full and final settlement of all claims, this matter is hereby dismissed with prejudice.

**SO ORDERED** this the 25th day of April, 2008.

                                                    **s/ HENRY T. WINGATE**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**